UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22468-CIV-ALTONAGA/Reid

MATTHEW P. PRA,

    Plaintiff,

vs.

SEVEN SEAS CRUISES S. DE R.L., LLC,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Cori Flam Meltzer, Esq., on Monday, September 23, 2024, at 10:00 AM EST via Zoom video conference. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of August, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record